# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PRESTON HAMILTON, <br><br> Defendant. | 2:09-mj-00756-VCF <br> **ORDER** |

Before the Court is the Motion to Appear Telephonically (ECF No. 20).

Defense counsel, Chad A. Bowers, has given sufficient reason to appear telephonically.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Motion to Appear Telephonically (ECF No. 20) is GRANTED. Counsel may call in for the status hearing at 1:30 PM, December 12, 2017.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 11th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE